IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Renee | Case Number:  06 B 08049 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/6/07 | Filed:  7/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 24, 2007
Confirmed: December 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,210.04 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 850.84 |
| Trustee Fee: | | 59.20 |
| Other Funds: | | 0.00 |
| Totals: | 1,210.04 | 1,210.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,325.25 | 850.84 |
| 2. | Jeffro Furniture Company | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | Lighthouse Financial Group | Secured | 3,664.53 | 300.00 |
| 5. | Peoples Energy Corp | Unsecured | 92.60 | 0.00 |
| 6. | Nationwide Acceptance Corp | Unsecured | 797.29 | 0.00 |
| 7. | CB USA | Unsecured | 612.78 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 128.39 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 395.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 251.25 | 0.00 |
| 11. | T Mobile | Unsecured | 15.68 | 0.00 |
| 12. | Lighthouse Financial Group | Unsecured | 0.01 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| 15. | Overland Bond & Investment Corp | Unsecured | | No Claim Filed |
| 16. | Sage Telecon | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | IC System Inc | Unsecured | | No Claim Filed |
| 19. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,282.78 | $ 1,150.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 49.13 |
| 5.4% | 10.07 |

46 Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Renee | Case Number:  06 B 08049 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/6/07 | Filed:  7/7/06 |

$$\overline{\phantom{XXXXXX}}$$
$ 59.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_